UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-20524-WILLIAMS/TORRES

EDGAR VALENCIA and all others
similarly situated under 29 U.S.C. 216(b),

    Plaintiff,

vs.

DOCTOR'S MEDICAL CENTER, INC. and
VENTURA DE PAZ,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF COMPLIANCE WITH ECF NO. 7

    Defendants, Doctor's Medical Center, Inc. and Ventura De Paz, notify the Court and all parties that they complied with the Court's Order entered on February 13, 2018 [ECF No. 7], by serving copies of the time and pay, cellular telephone, and GPS records on Plaintiff on March 6, 2018, and HEREBY CERTIFY that a true and correct copy of the this document was served through filing in the U.S. District Court's CM/EDF System on this 7th day of March, 2018, which will effect service on J.H. Zidell, Esq., zabagodo@aol.com, J.H. ZIDELL, P.A., as *Counsel for Plaintiffs*, 300 71st Street, Suite 605 Miami Beach, Florida 33141, and on Juan M. Carrera, juancarreralaw@aol.com, CARRERA & AMADOR, P.A., *as counsel for Defendants,* 221 S.W. 42nd Ave., Fl. 3, Miami, FL 33134-1751, and on all others who appear in this action.

                                                              FAIRLAW FIRM
                                                              Co-*Counsel for Defendants*
                                                              7300 N. Kendall Drive, Suite 450
                                                              Miami, FL 33156
                                                               Tel:    305.230.4884
                                                              Fax:   305.230.4844

                                                              *s/Brian H. Pollock, Esq.*
                                                              Brian H. Pollock, Esq.
                                                              Fla. Bar No. 174742
                                                              brian@fairlawattorney.com